[No. 16814–2–I. Division One. August 3, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY EUGENE BLACK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–8–01163–7, John M. Darrah, J., entered July 15, 1985. *Reversed* by unpublished per curiam opinion.

[No. 20426–2–I. Division One. August 3, 1987.]

THE CITY OF SEATTLE, *Respondent,* v. MICHELLE ALVESHIRE, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–00599–9, Herbert M. Stephens, J., entered April 22, 1987. *Reversed* by unpublished per curiam opinion.

[No. 17776–1–I. Division One. August 3, 1987.]

AMERICAN DISCOUNT CORPORATION, *Respondent,* v. EVELYN JOHNSTON, ET AL, *Defendants,* RICHARD C. LAUCH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–00430–6, James D. McCutcheon, Jr., J., entered November 7, 1985. *Affirmed* by unpublished opinion per Patrick, J. Pro Tem., concurred in by Dore and Johnsen, JJ. Pro Tem.